FILED: November 5, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1980

(8:14-cv-00113-PWG)

_____

BERTRAND M. ESSEM

       Plaintiff - Appellant

v.

ENTERPRISE LEASING COMPANY OF NORFOLK/RICHMOND, LLC

       Defendant - Appellee

and

JUDE SONE

       Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 12/19/2014

Opening brief due: 12/19/2014

Response brief due: 01/20/2015

Any reply brief: 14 days from service of response brief.

The court extends the deadline for the response to the pending motion to dismiss to 12/19/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk